# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Grant Thornton LLP | ) ASBCA No. 60914 |
| | ) |
| Under Contract No. GS354644F | ) |
| D.O. W81XWH-07-F-0104 | ) |

APPEARANCES FOR THE APPELLANT:      Alexander J. Brittin, Esq.
                                             Brittin Law Group, PLLC
                                            McLean, VA

                                           Ellen Randel, Esq.
                                           Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                             Army Chief Trial Attorney
                                           CPT Matthew A. Freeman, JA
                                           Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60914, Appeal of Grant Thornton LLP, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals